UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| Anthony Dewayne Rideau,<br>    Petitioner,<br><br>v.<br><br>Bobby Lumpkin,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. | Civil Action H-21-3803 |

# Order of Adoption

On November 10, 2022, Magistrate Judge Peter Bray recommended that Respondent's Motion to Dismiss (15) be granted and Anthony Dewayne Rideau's petition be dismissed with prejudice as time-barred. (21) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on January 6, 2023, at Houston, Texas.

Lynn N. Hughes
United States District Judge